# THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION

## CRIMINAL CASE NO. 1:10-cr-00034-MR-DLH

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| vs. ) | **O R D E R** |
| ) | |
| **BRANDON EDWARD McDADE.** ) | |

**THIS MATTER** is before the Court upon the Defendant's "Motion to Seek Relief by Means of Termination of Sentence of Probation Prior to Natural Expiration of Sentence Term Length" [Doc. 32]. Both counsel for the Government and the Defendant's supervising probation officer have advised the Court's chambers that they do not oppose the Defendant's Motion.

Upon review of the Defendant's motion, and in light of the lack of opposition by the Government and the Defendant's supervising probation officer, the Court is satisfied that the early termination of the Defendant's probation is warranted by the Defendant's conduct and is in the interest of justice. See 18 U.S.C. § 3564(c).

Accordingly, **IT IS, THEREFORE, ORDERED** that the Defendant's Motion [Doc. 32] is **GRANTED**, and the Defendant's term of probation is hereby terminated.

**IT IS SO ORDERED.**   Signed: February 28, 2013

Martin Reidinger
United States District Judge